IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WESLEY I. MILLER,**

      **Defendant,**              **CASE NO. 2:09-CV-230**
                                         **JUDGE FROST**
**v.**                                 **MAGISTRATE JUDGE ABEL**

**ED VOORHIES, WARDEN,**

      **Respondent.**

<u>**OPINION AND ORDER**</u>

On September 29, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. For the reasons that follow, the Court **OVERRULES** petitioner's objections, ADOPTS and **AFFIRMS** the *Report and Recommendation*. The Court hereby **DISMISSES** this action.

Petitioner objects to the Magistrate Judge's recommendation of dismissal of all of his claims. He again argues that the trial court sentenced him in violation of due process and the Ex Post Facto Clause, that he was denied the effective assistance of counsel because his attorney's failed to object or raise this issue on appeal, that he was denied a fair trial by admission of prior bad acts and evidence police unconstitutionally obtained.

Pursuant to 28 U.S.C. § 636(b), the Court has conducted a de novo review. For the reasons set forth in the Magistrate Judge's Report and Recommendation, this Court is likewise unpersuaded that any of petitioner's claims warrant federal habeas corpus relief. Therefore, the Court **OVERRULES** petitioner's objections, and **ADOPTS** and **AFFIRMS** the *Report and Recommendation*.

The Court hereby **DISMISSES** this action.

**IT IS SO ORDERED.**

         /s/   Gregory L. Frost         
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE